James Earl **VAUGHAN**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. 39781.

Missouri Court of Appeals,
Western District.

March 29, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1988.

Application to Transfer Denied
June 14, 1988.

Jeffrey J. Rosanswank, Public Defender, Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).